**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**IAN BAYLEE MOYTOY**                                                          **PLAINTIFF**

**v.**                          Case No. 4:20-CV-00383-LPR

**MOLLY KATHERINE SULLIVAN,** *et al***.**                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on May 13, 2020, it is considered, ordered, and adjudged that Plaintiff Ian Baylee Moytoy's Complaint (Doc. 1) is DISMISSED without prejudice. This dismissal counts as a "strike," and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 13th day of May 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE